# Jonathan Neira

1508 Kenneth Ave. • Baldwin, N.Y. 11510• Phone: (516)472-1991

Date: 6/20/2014

13-CV-7271

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 03 2014 ★
LONG ISLAND OFFICE

Dear Judge Joseph F. Bianco:

First and foremost, I would like to thank you for taking the time to consider my case. I would like to pursue my case against Nassau County Sheriff's Department for the following reasons:

- They assaulted me for no reason even though I am visually impaired

- Lack of professional caring after the incident

- Pain and stress they caused me after the incident, meanwhile I was already in pain because of the gun shot in the back of my head

- They were discriminating against me for being a Latino with tattoos on my body because like I wrote in my complaint, while I was being assaulted I was being called names like "you piece of shit MS-13 tough guy."

- I was put in danger of my life when they put me in the same housing as the person that shot me knowing who he was. After the conviction they moved me to a different housing.

- District Attorney of Nassau County, NY received letters from the convicted felon in which he was writing to other inmates to hurt me.

I would also like to pursue my case against Armor Medical for the following reasons:

As I stated in the previous complaint I developed MRSA infection due to unsanitary conditions of the jail. I requested several times to go to medical because my cheek was starting to swell. The issue was addressed only after my cheek swelled up to the size of a golf ball and the infection was spreading to my jaw and glands, which was two weeks after my first request.

I would like to apologize for not responding by May 30, 2014. The reasons I did not respond are because I sent the change of address because I thought I was being released sooner than I actually was. I was released on May 23, 2014. I received only the motions of Armor wanting to dismiss my case. I never received a notice saying that I had to respond until the one dated on June 13, 2014.

With all the respect in the world I would like to ask you to please take my case into consideration and not to dismiss it because I truly feel I was treated unfairly. I am thankful to God that I am still alive after being shot in the back of my head but it has not been easy in a lot of pain and I am legally blind from it. I understand that they

are not supposed to make things easier for me in jail but they are not supposed to make it worse either. I truly thank you for hearing me out.

Sincerely,

Jonathan Neira

Jonathan Neira
1508 Kenneth Ave.
Baldwin, N.Y. 11510

**RECEIVED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 24 2014 ★

LONG ISLAND OFFICE

Joseph F. Bianco
United States District Judge
100 Federal Plaza
Central Islip, N.Y. 11722-9014



11722443800