UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
JONATHAN NEIRA,                                                  **13-CV-7271**
                                                                **(JFB) (AYS)**

                                        Plaintiff,

        -against-

                                                                **NOTICE OF**
ARMOR MEDICAL, INC., NASSAU COUNTY                               **APPEARANCE**
SHERIFF'S SEPARTMENT,


                                        Defendants.
------------------------------------------------------------------------- X

        PLEASE TAKE NOTICE, that Carnell T. Foskey, Nassau County Attorney, by

Pablo A. Fernandez, Deputy County Attorney, appears for Defendants Nassau County

Sheriff (hereinafter "County Defendant") and that a copy of all notices and other papers

herein are to be served upon the undersigned.

Dated: Mineola, New York
       October 19, 2016

                                        CARNELL T. FOSKEY
                                        Nassau County Attorney

                        By:     /S *Pablo A. Fernandez*
                                        Pablo A. Fernandez
                                        Deputy County Attorney
                                        One West Street
                                        Mineola, New York 11501
                                        pfernandez@nassaucountyny.gov
                                        (516) 571-3011


TO:     David Antwork (VIA ECF Only)
        1757 Merrick Avenue, Suite 205
        Merrick, NY 11566
        631-879-7456
        Fax: 516-746-2611
        Email: dantwork@davidantworklaw.com